IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SARAH HERESNIAK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:21-cv-502 (RDA/TCB) |
| ) | |
| REGENCY MANAGEMENT SERVICES, ) | |
| LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter comes before the Court on the parties' Stipulation of Dismissal With Prejudice. Dkt. 13. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the action is DISMISSED WITH PREJUDICE.

The Clerk is DIRECTED to forward copies of this Order to counsel of record and to close this civil action.

It is SO ORDERED.

Alexandria, Virginia
January 5, 2022

/s/
Rossie D. Alston, Jr.
United States District Judge